IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONTRELL BURNS**                                                                    **PLAINTIFF**

v.                  Case No. 4:22-cv-00434-KGB-JTR

**CLARK, Sergeant, Pulaski County
Detention Facility,** *et al.*                                                  **DEFENDANTS**

## ORDER

When plaintiff Montrell Burns filed this lawsuit, he was incarcerated at the Pulaski County Detention Facility ("PCDF") (Dkt. No. 1). On November 8, 2022, mail to Mr. Burns at the PCDF was returned undeliverable (Dkt. No. 8). As a result, the Court entered a show cause Order to require Mr. Burns to inform the Court of his current contact information within 30 days of the entry of the show cause Order to provide the Court with a valid mailing address (Dkt. No. 9). The Court notified Mr. Burns that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Burns has not complied with or otherwise responded to the Court's February 13, 2023, Order, and the time for doing so has passed. Accordingly, Mr. Burns's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1), and the pending Recommended Disposition is denied as moot (Dkt. No. 7). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 15th day of March, 2023.

                                                                    _____
                                                                     Kristine G. Baker
                                                                     United States District Judge