IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONTRELL BURNS**                                                                                   **PLAINTIFF**

v.                        Case No. 4:22-cv-00434-KGB-JTR

**CLARK, Sergeant, Pulaski County
Detention Facility,** *et al.*                                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Montrell Burns's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 15th day of March, 2023.

                                                                      *(signature)*
                                                                 Kristine G. Baker
                                                                 United States District Judge